IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Donald Jones,
    Plaintiff            09-23256 Civil Action No.

v.                       CIV-COOKE  MAGISTRATE JUDGE
                                    BANDSTRA

David Minkin,
    Individually and in his Capacity
    As Registrar for Abovethelaw.com

David Lat
    Individually and in his capacity as
    Publisher of the Abovethelaw Blog

                                                JURY TRIAL DEMANDED

Dead Horse Media, Inc.
    Defendants

FILED by AJS D.C.
INTAKE
OCT 27 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## COMPLAINT
### Preliminary Statement

Professor Donald Jones is a tenured Professor at the University of Miami. He is also an author and expert on Constitutional Law. For twenty years Professor Jones has written about, and testified before Congress about issues relating to the civil and political rights of African-Americans and other people of color. Professor Jones has also written numerous articles in the Miami Herald and other papers about these issues. Professor Jones has won awards both for scholarship and public service. For the same reason Professor Jones has for a long time drawn the ire of certain groups because of his civil rights work, some of whom in the past have sent hate mail. In October 2007 police detained Professor Jones for reasons that were

never entirely explained.  While a complaint was written out the police did not identify or articulate any unlawful act Professor Jones had committed.  No prosecution resulted.  This matter took several months to resolve. Prior to the disposition of dismissal a UM law alumnus, self-described as "I hate UM", forwarded to a website called Abovethelaw.com a racist cartoon depicting Professor Jones as a drug dealer or pimp or both.  Abovethelaw is a blog, which describes itself as a tabloid. They appeal to audiences by sensationalizing allegations of wrongdoing. On this blog guilt is often "established" by the mere fact that someone as been accused.  They often ridicule those so portrayed.  They invite their readers to participate in the ridicule. They do not limit their content to lawyer's accused of unlawful acts.  The website includes articles ridiculing among others Barrack Obama, civil rights plaintiffs and prominent blacks like Michael Jackson.  In the case of Professor Jones David Lat first printed articles, with numerous misstatements of fact implying Jones was clearly guilty  of criminal activity.  In addition they printed and promoted a link to the video exploiting stereotypes associated with blacks to degrade and assassinate the character of Professor Jones. The article written by David Lat instigated its readers not only to read the post but also to join in what was clearly a viciously racist series of rants.  David Lat went on to prominently discuss a book Professor Jones had written about discrimination in the Criminal Justice system. Mr. Lat used the name of the book as a "tag" to promote advertising on his blog.  The association of the book with the degrading racist images sought profit for the website at the expense of Professor Jones reputation as an

author.  In addition David Lat published and continues to display a copy of  an alleged "narrative" of an incident report concerning Professor Jones, as an "arrest record." Professor Jones has no arrest record. Further the Abovethelaw.com website referred to Professor Jones in headlines as  "the nutty Professor."   This name calling, stereotyping is still displayed.  This is the equivalent of creating a billboard on a highway depicting Professor Jones as a criminal and    as a   "nut."   It continues to be displayed.   The materially false statements, together with the racist imagery have significantly damaged Professor Jones reputation and career.   It is plaintiff's position that the attacks by Abovethelaw, including but not limited to the racist cartoon were motivated by race or by Professor Jones history of activism in regard to civil rights or both.   This combines, defamation, false light, invasion of privacy and racism.

PARTIES

1. Plaintiff   Donald Jones is a citizen of Florida and a citizen of the United States.   Plaintiff is a Professor at a law school in Miami and an author whose business address is PO Box 240087, Coral Gables, Florida.    Defendant's tortious conduct was designed to damage Plaintiff's reputation both as a Professor and as an author. Professor Jones has never been convicted of a crime and has no official arrest record in the state of Florida.

2. Defendant David Minkin is the Registrar, owner and publisher of Abovethelaw, the website which published and continues to display, inter alia, a racist and disgusting

cartoon depicting Professor Jones as a drug dealer, Criminal and a pimp. David Minkin is a citizen of the state of New York.

3. Defendant David Lat is the editor and author of the defamatory articles written about Professor Jones and more specifically is the publisher of the racist cartoon depicting Professor Jones as a drug dealer and pimp. Mr. Lat also promoted in an article on the Abovethelaw.blog the racist caricature of Professor Jones. David Lat is a citizen of New York.

### Jurisdiction and Venue

4. At all times material to this complaint the Plaintiff was a resident of Florida.

5. At all times material to this complaint Defendants were residents of New York State.

6. The amount in controversy is well over $75,000.00.

7. This court has jurisdiction over the subject matter of this action pursuant to 28 USC 1332(a) as complete diversity exists between the Plaintiff and all defendants and the amount in controversy exceeds the sum of $75,000.00 exclusive of interests and costs.

8. Venue is proper in this judicial district pursuant to 28 USC 13919(a)(2) as a substantial part of the events or omissions giving rise to the claim occurred in Florida and Defendants have established minimum contacts in Florida.

See *Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770 (1984).

Facts.

1. In August of 2007 Professor Jones cut off by another car missed an exit and ended up on N. W. 79th street.

2. Now traveling eastbound on 79th street in a Mercedes SL-500 Jones sought to turn around.

3. Subsequent to Jones' turning onto a side street to return to the exit he had missed Jones was intercepted by police and detained.

4. The fact that Jones was driving a luxury car in an inner city area, the time of night, the fact that Jones lives miles away aroused suspicion.

5. In the incident, which followed the police, stopped short of accusing Jones of an actual crime. He was accused of "attempting to attempt" a crime. He was accused according to statements of the police of a non-existent offense.

6. The police complaint was later dismissed.

7. On October 29, 2007 without any reasonable basis in fact and almost two months after the incident Abovethelaw.com prints a mocking, degrading article, which implied that Jones was guilty of a crime and was a fool.

8 On October 29, 2007 Abovethelaw.com posted as an "arrest record" a copy of the incident report, which stopped short of identifying an actual offense that Jones had committed. In the story about the report they misquoted the words of the incident report to imply that the police had provided specifics about an alleged unlawful act. There were no such specifics.

9. On October 29, 2007, with no evidence of guilt, without even a coherent statement from the police Abovethelaw promotes a racist video portraying Professor Jones as a drug dealer, thug, and pimp. The title of the story was a "nutty professor." David Lat wrote the article.

10. In the same series of articles in order to boost the number of hits to their website David Lat prominently referenced the fact that Jones had written a book about discrimination in the Criminal Justice system. He expressed contempt for the book. But this was only in passing; the purpose of discussing the book was to create a tag. This was to ensure that search engines to the Abovethelaw attack articles would re-rout all potential customers for the book.

11. Professor Jones' legal name is Donald Jones. Or Donald Marvin Jones. Abovethelaw.com consistently refers to Professor Jones as D. Marvin Jones, which is his trade name as an author. The purpose of using this different name was to ensure that all persons searching for D. Marvin Jones as

an author or scholar would be rerouted to the Abovethelaw website.

11. David Lat was the author of all of the articles, which appeared in Abovethelaw.

12. David Minkin is the publisher and owner of Abovethelaw.

13. The statements separately and together are substantially false.

14. The statements separately and together constitute portrayal of plaintiff in a false light.

15. The articles ridiculing, name calling and portraying Jones, as the embodiment of animalistic stereotypes served no legitimate purpose.  The purpose was to drive readers to the site by pandering to racism.

16. The parties continue to display a so-called "arrest record" on their site despite the fact that Jones has no arrest record.

## Count I   - False Light

17. By portraying Jones as a dope dealer, pimp and criminal Abovethelaw,com cast Professor Jones in a false light.

18. By continuing to display a so-called arrest record of Professor Jones despite the fact that Jones has no arrest record Abovethelaw,com has painted Jones in a false light.

19. By referring to Jones as a "nutty professor" Abovethelaw cast professor Jones in a false light.

20. By changing the words of the incident report in the story leads readers to believe Jones was accused of an actual crime.

21. As a result of these misrepresentations Professor Jones has suffered damage to his reputation in excess of $2 million.

Wherefore Plaintiff requests that this court enter an order

22. Enjoining Abovethelaw.com to remove all articles and posts concerning Professor Jones.
23 Pay Professor Jones two million dollars in compensatory damages.
24, Pay Professor Jones twenty million dollars in punitive damages.

Count II- Invasion of Privacy

25. Professor Jones was involved in an incident in which at worst he was guilty of driving an SL-500 in the wrong part of town.
26. All official accusations have been dropped the record has been expunged.  The state has made a decision that as a result of this incident Professor Jones should have no criminal record.  Nonetheless Abovethelaw continues to portray Professor Jones as a Criminal.
27. By making private records public Defendants have damaged Plaintiff's reputation to the tune of $2 million dollars.

Wherefore Plaintiff requests that this court enter an order

28. Enjoining Abovethelaw to remove all articles and posts concerning Professor Jones.

29. Pay Professor Jones two million dollars in compensatory damages.

30. Pay Professor Jones twenty million dollars in punitive damages.

### Count III- Copyright Infringement

By posting a picture of Professor Jones stolen from the UM website without permission Abovethelaw.Com infringed the copyright of Plaintiff for the photos.

Wherefore Plaintiff requests that this court enter an order

31. Enjoining Abovethelaw to remove all pictures of Professor Jones posted on their website

### Demand for Jury Trial

Plaintiff demands a trial by jury on all issues that are friable.

Respectfully submitted,

Donald Jones

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**09-23256**
**CIV-COOKE**
**MAGISTRATE JUDGE BANDSTRA**

**I. (a) PLAINTIFFS**
Donald Jones

**DEFENDANTS**
David Minkin, David Lat, DeadHorse Media, Inc

(b) County of Residence of First Listed Plaintiff: Dade
County of Residence of First Listed Defendant: U.S. New York

(c) Attorney's (Firm Name, Address, and Telephone Number): Pro Se
Donald Jones
PO Box 248087
Coral Gables, FL 33124

FILED by JES D.C.
INTAKE
OCT 27 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

(d) Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

**II. BASIS OF JURISDICTION**: ☒ 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
Citizen of This State: PTF ☒ 1
Citizen of Another State: DEF ☒ 2

09-CV-23256-Cooke/Bandstra

**IV. NATURE OF SUIT**: ☒ 320 Assault, Libel & Slander

**V. ORIGIN**: ☒ 1 Original Proceeding

**VII. CAUSE OF ACTION**: 28 U.S.C. 1332(a)

**VIII. REQUESTED IN COMPLAINT**: DEMAND $ 2,000,000.00  JURY DEMAND: ☒ Yes

DATE: 10/27/09

AMOUNT $350.00  RECEIPT # 1010819

10/27/09