UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

DONALD JONES,                )
                             )
    Plaintiff,               )
                             )    Civil Action No. 09-23256-CIV
    v.                       )
                             )
DAVID MINKIN, et al.,        )
                             )
    Defendants.              )

NOTICE OF VOLUNTARY DISMISSAL

FILED by ADS D.C.
INTAKE
NOV - 4 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses this action.

*Donald Jones*
Plaintiff